## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Nelson S. Roman
United States District Court Judge
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

*RE: Farmer v. County of Westchester, et al., 18-cv-2691*

August 8, 2018

Dear Judge Roman:

 I am counsel for Plaintiff in the above-captioned matter. My firm took Mr. Farmer's case on a *pro bono* basis as we believed we could be of help. We have worked extremely diligently to explore his claims and the legal authority for each. Unfortunately, there has been a breakdown in the attorney/client relationship which necessitates that I withdraw as counsel. Mr. Farmer would like to proceed *pro se*.

 I am happy to file a formal motion if the Court feels one is necessary, however, I do request permission to file any declaration regarding the facts of the breakdown of the attorney/client relationship under seal.

With thanks for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

cc: Tyrone Farmer, Plaintiff

---

24 Fifth Avenue, Suite 1701 New York, NY 10011 (973) 600-1724 aj@ajagnew.com