UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYRONE FARMER,

                                Plaintiff,

              -against-

COUNTY OF WESTCHESTER, THE CITY
OF PEEKSKILL, ERIC JOHANSEN, PAMELA SCGROI,
JANE OR JOHN DOE RECORDS ACCESS OFFICER,
SGT. HENDERLONG, OFFICER VAZEO, AND OFFICER
SEAN ECHOLS

                                Defendants.
-----------------------------------------------------------------X

Case No.: 18-cv-02691-NSR

**ORDER**

       **PLEASE TAKE NOTICE,** that pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure it is hereby ORDERED that Plaintiff, **TYRONE FARMER**, as an adverse party, is to be produced for deposition at the place of his incarceration to be taken REMOTELY via telephone on the **1st day of September, 2021, at 11:00 a.m.** in the forenoon of that day.

DATED:    White Plains, New York
                 July _12_, 2021

                                      SO ORDERED:

                                      _____
                                        Judith C. McCarthy, USMJ

The Clerk is respectfully requested to mail a copy of this Order to the pro se Plaintiff.