UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TYRONE FARMER,

                                    Plaintiff,      Case No.: 18-cv-02691-NSR

      -against-

COUNTY OF WESTCHESTER, THE CITY      **ORDER**
OF PEEKSKILL, ERIC JOHANSEN, PAMELA SCGROI,
JANE OR JOHN DOE RECORDS ACCESS OFFICER,
SGT. HENDERLONG, OFFICER VAZEO, AND OFFICER
SEAN ECHOLS

                                    Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure it is hereby **ORDERED** that the New York City Department of Corrections produce Inmate/Plaintiff, **TYRONE FARMER**, for a telephonic conference with the Court on the **18th day of August, 2021, at 10:00** in the forenoon of that day at phone number (877) 803-8017, access code 4264138.

**IT IS FURTHER ORDERED**, that the New York City Department of Corrections produce Inmate/Plaintiff, **TYRONE FARMER,** for a telephonic deposition to be conducted on the **1st day of September, 2021 at 11:00** in the forenoon of that day at phone number (877) 783-2009, access code 646 391.

DATED:     White Plains, New York
                August  5   , 2021

                                          SO ORDERED:

                                          _____
                                          Judith C. McCarthy, USMJ

The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.