UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
FARMER,

                Plaintiff(s),

- against -

THE COUNTY OF WESTCHESTER, et al.,

                Defendant(s).
---------------------------------------------------------x

**ADJOURNMENT ORDER**

18 Civ. 2691 (NSR)

<u>NELSON S. ROMÁN, U.S.D.J.</u>:

    The above case previously scheduled for a status teleconference on December 8, 2021 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Defendant County of Westchester's motion to dismiss and completion of discovery before United States Magistrate Judge Judith C. McCarthy.

    *Pro se* plaintiff is reminded that all discovery issues should be brought to the attention of Judge McCarthy.

    The Clerk of Court is requested to mail a copy of this Order to *pro se* Plaintiff at the address on ECF and show service on the docket.

                                            SO ORDERED.

                                            Hon. Nelson S. Román, U.S.D.J.

Dated: White Plains, New York
         December 2, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2021__