UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2022
```

TYRONE FARMER,

                     Plaintiff,

   -against-

THE COUNTY OF WESTCHESTER, THE CITY OF PEEKSKILL, ERIC JOHANSEN, PAMELA SGROI, JANE OR JOHN DOE RECORDS ACCESS OFFICER, SGT. HENTERLONG, OFFICER VAZEO, and OFFICER SEAN ECHOLS,

                     Defendants,

No. 18-cv-2691 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge

    *Pro se* Plaintiff Tyrone Farmer commenced the instant action against Defendants seeking relief for constitutional violations under 42 U.S.C. § 1983.  ("Complaint," ECF No. 2.)  Plaintiff filed an Amended Complaint on October 26, 2018.  (ECF No. 32.)  On January 11, 2022, Defendants filed motions to dismiss.  (ECF Nos. 188 & 192.)  On February 7, 2022, this Court granted Plaintiff leave to file one consolidated sur-reply to address the motions to dismiss by March 9, 2022.  (ECF No. 206.)

    On March 7, 2022, the Court received an email from Taylor Garzone, a social worker at the New York County Defender Services, on behalf of Plaintiff Tyrone Farmer.  Plaintiff, through Ms. Garzone, notifies the Court he is currently hospitalized at Bellevue Prison Ward.  Plaintiff seeks an extension on his March 9, 2022 deadline to submit the sur-reply upon discharge from the hospital.

    In light of Plaintiff's current hospitalization, this Court GRANTS Plaintiff a 30-day extension to file his sur-reply.  Plaintiff is to file his sur-reply by April 8, 2022.  Defendants shall

have until May 9, 2022 to respond.  The parties are reminded to file their sur-replies as they are served.  No further extensions will be granted.

The Clerk of the Court is respectfully directed mail a copy of this Order to *pro se* Plaintiff at his address on the docket, and show service on the docket.

Dated:   March 9, 2022                                                           SO ORDERED:
         White Plains, New York

                                                                            NELSON S. ROMÁN
                                                             United States District Judge