UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYRONE FARMER,

                         Plaintiff,

      -against-                                             18 **CIVIL** 2691 (NSR)

## **JUDGMENT**

THE COUNTY OF WESTCHESTER, THE CITY
OF PEEKSKILL, ERIC JOHANSEN, PAMELA
SGROI, JANE OR JOHN DOE ACCESS
OFFICER, SGT. HENDERLONG, OFFICER
VAZEO, and OFFICER SEAN ECHOLS,

                         Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 30, 2022, the Court GRANTED the County and the City Defendants' motions to dismiss and DISMISSED pro se Plaintiff's Second Amended Complaint in its entirety without leave to replead. The Court also certified under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962), judgement is entered; accordingly, the case is closed.

**Dated:**  New York, New York

       September 1, 2022

                                                                        **RUBY J. KRAJICK**

                                                               _____
                                                                   **Clerk of Court**

                                   **BY:**      _J. Saviñon_

                                                                   _____
                                                                   **Deputy Clerk**